IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GABRIELLE PETERS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **THAI PALACE, INC.,** <br><br> **Defendant.** | Civil Action No.: 2:17-cv-697 <br> Honorable James L. Graham |

**STIPULATED ORDER AND JUDGMENT ENTRY**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 216(b) of the Fair Labor Standards Act ("FLSA"), the Ohio Wage Act, O.R.C. §§ 4111.08, 4111.14, and Ohio's Prompt Pay Act, O.R.C. § 4113.15. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in the Settlement Agreement and Release of All Claims ("Settlement Agreement") submitted to the Court as **Exhibit A** to the Joint Motion.

Having reviewed the Settlement Agreement, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order and Judgment Entry approving the Settlement, the Settlement Agreement, and finds as follows:

1. The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).  The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the parties including those under the FLSA, and resulted from arms-length negotiations between experienced counsel after substantial investigation.  Plaintiffs' counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of Plaintiffs and the individuals who joined the FLSA collective ("Collective Members").  The Court has considered all relevant factors, including

the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein.  The Court grants final approval of the Settlement as to Plaintiffs and the Collective Members.

3. The Court dismisses the claims of Plaintiffs and Collective Members with prejudice, and enters final judgment dismissing the litigation.  The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**SO ORDERED:**

Dated: December 20, 2018              s/ James L. Graham
                                                                      Hon. James L. Graham,
                                                                      United States District Judge